**Order entered March 3, 2020**



In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00978-CR

### WALTER RAY WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-00417-J

## ORDER

The reporter's record, filed January 24, 2020, was recorded and prepared by Debi Harris and Sharina Fowler. On January 30, 2020, we ordered a supplemental reporter's record with true and correct playable copies of the State's exhibits 1 and 3, DVD videos that were offered and admitted into evidence, filed within ten days. To date, no supplemental reporter's record has been filed.

We **ORDER** court reporter Sharina Fowler and court reporter Debi Harris to file, **WITHIN SEVEN DAYS** of the date of this order supplemental reporter's

record with true and correct playable copies of the State's exhibits 1 and 3. If the supplemental record is not filed by that date, we will order that Sharina Fowler and Debi Harris not sit until the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, court reporter Debi Harris; court reporter Sharina Fowler; and counsel for all parties.

/s/ CORY L. CARLYLE
   JUSTICE